# IN THE SUPREME COURT OF THE STATE OF NEVADA

LA MANCHA ESTATES EDITION
HOMEOWNERS ASSOCIATION, INC.,
Appellant,

vs.

MASON MALMUTH,
Respondent.

No. 76035

FILED

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion to enforce a settlement agreement. Eighth Judicial District Court, Clark County; Mark B. Bailus, Judge.

On January 9, 2019, this court entered an order directing appellant, within 15 days, to file a motion or stipulation to dismiss this appeal or a response to the jurisdictional question raised in this court's order to show cause. This court cautioned that failure to comply with the order could result in the dismissal of this appeal for lack of jurisdiction. To date, appellant has failed to respond to this court's order or to otherwise communicate with this court. Accordingly, this court concludes that it lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-06787

cc: District Judge, Department 18
James A. Kohl, Settlement Judge
Springel & Fink, LLP
Aldrich Law Firm, Ltd.
Eighth District Court Clerk

